COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Wayne Myers v. Pennymac Corporation

Appellate case number:    01-18-00740-CV

Trial court case number:  2018-23761

Trial court:              333rd District Court of Harris County

Appellant has filed a motion to order a supplemental reporter's record. Appellant complains that the record is deficient and must be corrected and supplemented. Appellant also stated that a motion for extension of time to file the appellant's brief, which was due on March 15, 2019, would be filed contemporaneously with this motion to order a supplemental reporter's record. But, no motion for extension of time to file the brief was included or filed contemporaneously.

Although appellant claims that "[s]everal exhibits offered and admitted into evidence at [the] temporary injunction and summary judgment hearing(s) are missing," appellant does not state which specific exhibits are missing. Appellant also states that the reporter's record is "inaccurate in several respects." But, appellant does not explain in what ways the reporter's record is deficient and without more specific information, this Court is unable to order any supplemental records or exhibits.

Accordingly, we **deny** appellant's motion to order a supplemental reporter's record without prejudice to the filing of an amended motion with greater specificity as to the deficiencies and missing exhibits.

It is so ORDERED.


Judge's signature: _____/s/ Justice Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date:   __March 19, 2019__